1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CARLOS GARCIA-OLIVERA

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      ) No. 1:09-cr-00070 OWW
                                    )
12 |        *Plaintiff,*            ) STIPULATION TO CONTINUE STATUS
                                    ) CONFERENCE HEARING;
13 |    v.                          ) ORDER
                                    )
14 | CARLOS GARCIA-OLIVERA,         ) Date : September 8, 2009
                                    ) Time: 9:00 a.m.
15 |        *Defendant.*            ) Judge: Hon. Oliver W. Wanger
                                    )
16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 attorneys of record herein, that the Status Conference Hearing in the above captioned matter now set for

19 August 31, 2009, **may be continued to September 8, 2009, at 9:00 a.m.**

20     This continuance is requested by counsel for the defendant to allow additional time for defense

21 investigation and further plea negotiation prior to hearing.  The requested continuance will conserve time

22 and resources for both counsel and the court.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
United States Attorney

DATED: August 26, 2009          /s/ Susan Phan
SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: August 26, 2009          /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
Carlos Garcia-Olivera

# O R D E R

IT IS SO ORDERED.

Dated:   August 26, 2009          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                     2