1  LAWRENCE G. BROWN
   United States Attorney
2  SUSAN PHAN
   Assistant U.S. Attorney
3  4401 Federal Courthouse
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CR-00070 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL OF |
| v. | ) | INDICTMENT WITHOUT PREJUDICE |
| | ) | |
| CARLOS GARCIA-OLIVERA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

O R D E R

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant CARLOS GARCIA-OLIVERA without prejudice and in the interest of justice.

DATED: 10/29/2009        /s/ OLIVER W. WANGER
                         HONORABLE OLIVER W. WANGER
                         United States District Judge