1  LAWRENCE G. BROWN
   United States Attorney
2  SUSAN PHAN
   Assistant U.S. Attorney
3  4401 Federal Courthouse
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CR-00070 OWW |
| | ) | |
| Plaintiff, | ) | ORDER FOR RELEASE OF DEFENDANT |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS GARCIA-OLIVERA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

O R D E R

The Indictment in this case having been dismissed without prejudice on October 29, 2009, defendant CARLOS GARCIA-OLIVERA is HEREBY ORDERED to be released from United States Marshals Service's custody.

DATED: October 30, 2009      /s/ OlIVER W. WANGER
                             HONORABLE OLIVER W. WANGER
                             United States District Judge